Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Nguyen Rainbow Inc. | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as names* | ARC Restaurant Equipment Supply | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 4 0 5 5 7 0 3 | |

**4. Debtor's address**

**Principal place of business**

11736 Bellaire Blvd
Number     Street

Houston, TX 77072
City           State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number     Street

City           State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City           State    ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor  Nguyen Rainbow Inc.  Case number *(if known)*
         Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. §101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
8  1  1  3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. Check **all** that apply:

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
❏ Yes.  District _____ When _____ Case number _____
                              MM / DD / YYYY
         District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
❏ Yes.  Debtor _____ Relationship _____
         District _____ When _____
                                                MM / DD / YYYY
         Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor    Nguyen Rainbow Inc.                                                      Case number *(if known)*
       Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49     ☐ 50-99           ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999        ☐ 10,001-25,000                       ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  Nguyen Rainbow Inc.                                   Case number *(if known)*
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/08/2024
               MM/ DD/ YYYY

X  /s/ Giao T Nguyen                                          Giao T Nguyen
Signature of authorized representative of debtor              Printed name

Title  President

**18. Signature of attorney**

X  /s/ Susan Tran Adams                  Date  04/08/2024
Signature of attorney for debtor                MM/ DD/ YYYY

Susan Tran Adams
Printed name

TRAN SINGH, LLP
Firm name

2502 La Branch St.
Number       Street

Houston                                        TX          77004
City                                           State       ZIP Code

                                               stran@ts-llp.com
Contact phone                                  Email address

24075648                                       TX
Bar number                                     State

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name _____Nguyen Rainbow Inc._____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ally Financial<br>P.o. Box 380901<br>Minneapolis, MN 55438 | | | | $28,375.09 | $27,000.00 | $1,375.09 |
| 2 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | | | | | $74,378.97 |
| 3 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | | | | | $27,701.05 |
| 4 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | | | | | $13,387.65 |
| 5 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | | | | | $6,143.22 |
| 6 | Bank of America<br>4909 Savarese Circle<br>FL1-908-01-50<br>Tampa, FL 33634 | | | | | | $37,212.45 |
| 7 | Bank of America<br>P.O. Box 660441<br>Wilmington, DE 19850 | | | | | | $50,124.05 |
| 8 | Bank of America<br>P.O. Box 660441<br>Wilmington, DE 19850 | | | | | | $39,440.03 |

Debtor     Nguyen Rainbow Inc.        Case number *(if known)*
           Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Chase Bank<br>P.O. Box 44959<br>Indianapolis, IN 46244 | | | | | | $64,895.80 |
| 10 | Comcast Business<br>9602 S 300 W. Ste B<br>Sandy, UT 84070 | | | | | | $192.02 |
| 11 | Dukers Appliance Co., USA Ltd<br>8207 N Loop E Ste 200-B<br>Houston, TX 77029 | | | | | | $101,731.83 |
| 12 | TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265-0638 | | | | | | $799.63 |
| 13 | U.S. Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 | | Disaster COVID-19 Economic Injury | | | | $500,000.00 |
| 14 | U.S. Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 | | | | | | $65,212.06 |
| 15 | Wells Fargo<br>Po Box 14591<br>Des Moines, IA 50306-3517 | | | | | | $32,105.74 |
| 16 | Wells Fargo<br>Po Box 14591<br>Des Moines, IA 50306-3517 | | | | | | $7,273.54 |
| 17 | Wells Fargo<br>Po Box 14591<br>Des Moines, IA 50306-3517 | | | | | | $5,512.04 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Nguyen Rainbow Inc.**   CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   04/08/2024   Signature   /s/ Giao T Nguyen

Giao T Nguyen, President

Ally Financial
P.o. Box 380901
Minneapolis, MN 55438

American Express
PO Box 6031
Carol Stream, IL 60197

Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634

Bank of America
P.O. Box 660441
Wilmington, DE 19850

Chase Bank
P.O. Box 44959
Indianapolis, IN 46244

Comcast Business
9602 S 300 W. Ste B
Sandy, UT 84070

Dukers Appliance Co., USA Ltd
8207 N Loop E Ste 200-B
Houston, TX 77029

Harris County
Ann Harris Bennett
Po Box 3547
Houston, TX 77253-3547

Giao Thuy Nguyen
8415 Bellaire Blvd
Houston, TX 77036

TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

Wells Fargo
Po Box 14591
Des Moines, IA 50306-3517

Wu Properties, Inc.
3657 Briarpark Dr. Suite 188
Houston, TX 77042

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Nguyen Rainbow Inc.**

DEBTOR(S)

CHAPTER **11**

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Giao T Nguyen**<br>8415 Bellaire Blvd Houston, TX 77036 | Equity | 100% membership interest | Ownership |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/08/2024**    Signature: /s/ Giao T Nguyen

*Giao T Nguyen, President*